```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**THE HARRISON COUNTY COAL COMPANY,**

    **Plaintiff,**

**v.**                                                **CIVIL ACTION NO. 1:18CV138**
                                                                                      **(Judge Keeley)**

**UNITED MINE WORKERS OF AMERICA,**
**INTERNATIONAL UNION, and**
**UNITED MINE WORKERS OF AMERICA,**
**LOCAL UNION 1501,**

    **Defendants.**

## ORDER DIRECTING THE PARTIES TO SUBMIT PROPOSED SCHEDULE

On July 2, 2018, the plaintiff, The Harrison County Coal Company, filed a complaint against the defendants, United Mine Workers of America, International Union, and United Mine Workers of America, Local Union 1501, asking the Court to vacate a certain arbitration award (Dkt. No. 1). Further, the plaintiff has not demanded a jury (Dkt. No. 1-4). Pursuant to L.R. Civ. P. 16.01(g), such actions are exempt from the requirements of Fed. R. Civ. P. 16(b), 26(a)(1)-(4), and 26(f). Therefore, the Court **DIRECTS** the parties to confer and file a joint proposed schedule for the submission of an administrative record and cross motions for summary judgment on or before **Friday, September 7, 2018.**

It is so **ORDERED.**

**HARRISON COUNTY COAL CO. V. UMWA, ET AL.**            **1:18CV138**

**ORDER DIRECTING THE PARTIES TO SUBMIT PROPOSED SCHEDULE**

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: August 2, 2018.

                                         /s/ Irene M. Keeley
                                         IRENE M. KEELEY
                                         UNITED STATES DISTRICT JUDGE